**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00417-CR**

_____

**MATTHEW TURNER CURRY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 9th District Court**
**Montgomery County, Texas**
**Trial Cause No. 19-02-02517-CR**

**MEMORANDUM OPINION**

In an open plea, appellant Matthew Turner Curry pleaded guilty to aggravated sexual assault of a child under six years of age. After conducting a sentencing hearing, the trial court assessed Curry's punishment at life in prison.

Curry's appellate counsel filed an *Anders* brief that presents counsel's professional evaluation of the record and concludes that the appeal is frivolous. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex.

1

Crim. App. 1978). On September 14, 2020, we granted an extension of time for Curry to file a *pro se* brief. We received no response from Curry.

We reviewed the appellate record, and we agree with counsel's conclusion that no arguable issues support the appeal. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

AFFIRMED.

_____
W. SCOTT GOLEMON
Chief Justice

Submitted on January 26, 2021
Opinion Delivered February 3, 2021
Do Not Publish

Before Golemon, C.J., Horton and Johnson, JJ.

---

[1]Curry may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.

2